FILED

MAR 1 _ 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JONARY DAVID SANTOS-ANTUNEZ, KEVIN TORRES-OCHOA, JOSHUA LEE HAGEN, TOMI LEAH GRAY, MARY ROCK BIG MAN, JASON EARL NELSON, CHRISTINA KAMRAN-KOHNJANI, MARISA ANN LYMAN and SADEY KUST-MYERS, <br><br> Defendants. | CR 16-107-BLG-SPW-1 <br><br><br> ORDER |

Upon the United States' Appeal of Release Order and Motion for Revocation of Release Order Regarding Jonary David Santos-Antunez (Doc. 156), and for good cause appearing,

IT IS HEREBY ORDERED that the order of release issued on March 14, 2017 by the Honorable Magistrate Judge Howard R. Lloyd for the District of California is **STAYED**.

1

IT IS FURTHER ORDERED that the defendant shall be transported by the United States Marshals Service to the District of Montana so that a hearing to resolve this matter can be held.

The U.S. Marshals Service is directed to contact this Court upon the arrival of Defendant, Jonary David Santos-Antunez to Montana.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 15th day of March, 2017.

_____
SUSAN P. WATTERS
United States District Judge