

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONARY DAVID SANTOS-ANTUNEZ,<br><br>Defendant. | Cause No. CR 16-107-BLG-SPW-1<br><br>**ORDER** |

The Defendant, JONARY DAVID SANTOS-ANTUNEZ, has moved the Court for an order vacating the trial presently scheduled for November 13, 2017, and for an extension of time of 14 days to file a Plea Agreement (Doc. 307). The Government does not object. Therefore, good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is **GRANTED**. The jury trial scheduled for November 13, 2017, is hereby **VACATED** for **Defendant, Jonary David Santos-Antunez only**.

IT IS FURTHER ORDERED that the Plea Agreement deadline is extended to **November 14, 2017**.

IT IS FURTHER ORDERED that all delay occasioned by this motion be excluded from Speedy Trial Calculations pursuant to 18 U.S.C. § 3161(h)(D).

DATED this 1st day of November, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge