IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-107-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JONARY DAVID SANTOS-ANTUNEZ, | |
| Defendant. | |

Pending before the Court is the United States' Unopposed Motion to Dismiss with Prejudice Forfeiture Allegation (Doc. 407) contained in the indictment. For good cause being shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is DISMISSED WITH PREJUDICE.

DATED this 26th day of March, 2018.

SUSAN P. WATTERS
United States District Court Judge

1